# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_____

MICHELE ERVING,                                  Civil No. 08-0611 (JRT/FLN)

                          Plaintiff,

v.                                               **ORDER OF DISMISSAL**

TIMOTHY MONTGOMERY,

                          Defendant.

_____

Michael Bader, **KAMPMEYER KRONSCHNABEL BADER & DALY,** 386 North Wabasha Street, Suite 1500, St. Paul, MN 55102**,** for plaintiff.

Christopher Johnson and Erin Turner, **JOHNSON & TURNER, PA,** 56 East Broadway Avenue, Suite 206, Forest Lake, MN 55025, defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: April 23, 2009
at Minneapolis, Minnesota.                    _____s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                              United States District Judge